# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION
### CRIMINAL MINUTES – SENTENCING HEARING

Case No.: 1:21CR00034-001, 002            Date: 10/18/2021

**Defendant:** James Chadwick Brooks / Bond     **Counsel:** Warren Carl Lietz, III / Retained
           CCB Nutrition, LLC / Bond                        Arthur W. Leach / Retained
                                                                              John E. Jessee / Retained

| PRESENT: | JUDGE: | James P. Jones | TIME IN COURT: 10:30 – 11:54 a. m. (1 hour, 24 minutes) |
|---|---|---|---|
| | Deputy Clerk: | Lottie Lunsford | |
| | Court Reporter: | Donna Prather, OCR | |
| | U. S. Attorney: | Randy Ramseyer, Speare Hodges | |
| | USPO: | Angela Sullivan | |
| | Case Agent: | Eric Flagg | |
| | Interpreter: | N/A | |

### LIST OF WITNESSES

GOVERNMENT:                            DEFENDANT:
1. James Chadwick Brooks         1. Courtney Brooks

### PROCEEDINGS:

No Objections to Presentence Report.

Government presents evidence.

Defendant presents evidence.

Court adopts Presentence Report.

Defendant Motion for Downward Variance. Court grants.
Allocutions.

### SENTENCE IMPOSED AS FOLLOWS:

**James Chadwick Brooks** : PROB: Count 1: One (1) year. comply w/Standard, Mandatory & Special Conditions.
                ☒     Mandatory drug testing suspended.
SA:      $100.00 due immediately.
FINE:   Waived
REST:   N/A

SPECIAL CONDITIONS OF PROBATION:

Must pay any monetary penalty that is imposed by this judgment in the manner directed by the court.

Must reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons.

Must participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

Must submit his person, property, house, residence, vehicle, papers, [computers as defined in 18 U.S.C. Section 1030(e)(1), other electronic communications or data storage devices or media], or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

Must not purchase, possess, use or administer any alcohol, or frequent any businesses whose primary function is to serve alcoholic beverages.

Must participate in the Home Confinement Program under home detention for a period of four (4) months and shall abide by all program requirements.  The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; or other activities pre-approved by the probation officer. Location monitoring equipment is not required.

Must not play any role in the manufacture, sale, or distribution of any product (a) containing any ingredient listed on the FDA's Dietary Supplement Ingredient Advisory List or (b) that is represented to be a dietary supplement when, in fact, it is not.

PAYMENT SCHEDULE:

A lump sum payment of $100.00 is due immediately.

**DEFENDANT CCB Nutrition, LLC.**
Representative: James Chadwick Brooks
No evidence presented

**CCB Nutrition, LLC** : PROB: One (1) year.
SA:      $400.00  due immediately.
FINE:    Waived
REST:    N/A

Additional Conditions:

Must continue procedures to comply with the law in the manufacture of its products.

Must not play any role in the manufacture, sale, or distribution of any product (a) containing any ingredient listed on the FDA's Dietary Supplement Ingredient Advisory List or (b) that is represented to be a dietary supplement when, in fact, it is not.


ADDITIONAL RULINGS:
Defendants shall forfeit his/their interest in the property listed in the Money Judgement Order of Forfeiture entered 7/1/2021. The Money Judgment Order of Forfeiture is entered joint and several as to both defendants.
Money Order of Forfeiture shall be made a part of the judgment in this case.
Defendants advised of right to appeal.